EMILIA CANNISTRACI, an Infant, by BARTOLO CANNISTRACI, Her Guardian ad Litem, and BARTOLO CANNISTRACI, v. AMERICAN EMPLOYERS' INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal·by the Court of Appeals of leave to appeal, on appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DANIEL DE GORTER and Another v. BANQUE DE FRANCE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HELEN C. M. BLAKESLEE v. GEORGE A. BLAKESLEE.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MANUFACTURERS MUTUAL FIRE INSURANCE COMPANY OF RHODE ISLAND and Others v. HOWARD C. HOPSON and Others. STANLEY CLARKE, as Trustee of Associated Gas and Electric Company, Debtor.— Motion for leave to appeal to the Court of Appeals granted; questions certified. [See ante, pp. 731, 847.] Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

PETER RALLIS v. DANIELS & KENNEDY, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPHINE PARKAS v. PETER PARKAS.— Motion for reargument of appeal from order entered on or about June 25, 1940, denied. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

FRANCES R. GILBERT and Others v. CURTISS-WRIGHT CORPORATION and Others, Impleaded with CLARENCE W. WEBSTER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

LEWIS N. ROSENBAUM and Another v. MACBRIDE, MILLER & CO., INC., Impleaded with HIGGINS INDUSTRIES, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. The time of defendant-appellant within which to answer or otherwise plead is extended for ten days after service of order. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JAMES F. EGAN, Public Administrator of New York County, as Administrator, etc., of BARBARA FLEISCHMAN, Also Known as BARBARA FLEISCHMANN, Deceased, to Discover Certain Property of Said Deceased. JAMES E. EGAN, Public Administrator. CONRAD GACK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of HERMAN FINKELSTEIN, Suing, etc., for an Order of Prohibition against THE SPECIAL TERM OF THE SUPREME COURT, NEW YORK COUNTY, Honorable WILLIAM T. COLLINS and Any Other Justices Presiding at Special Term, New York County, etc. Re ESTHER HELLER and Others, against RICHARD J. BOYLAN and Others.— Motion for a reargument of the motion for a prohibition order herein denied; motion for resettlement of the order entered herein on October 17, 1941, granted. [See ante, p. 1007.] Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.